JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL ZABUSKI, | Case No. CV 12-5729 MMM(JC) |
| Petitioner, | |
| v. | JUDGMENT |
| LELAND McEWEN, Warden, | |
| Respondent. | |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied as time-barred and this action is dismissed with prejudice.

DATED: January 16, 2015

_____
HONORABLE MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE